IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02610-ZLW

AZIIZ M. BIN GUZMÁN,

    Plaintiff,

v.

UNIDENTIFIED B.O.P. OFFICIALS,
RON WILEY, Warden, and
C. GUNTER, Legal Instruments Examiner,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 22 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On January 22, 2009, Plaintiff filed a "Motion to Be Excused for Payment of Filing Fee." Pursuant to 29 U.S.C. § 1915(e)(2)(B)(i), notwithstanding any filing fee, the Court shall dismiss a case at any time. Plaintiff's request to be excused, therefore, is DENIED.

Dated: January 22, 2009

Copies of this Minute Order mailed on January 22, 2009, to the following:

Aziiz M. Bin Guzman
Reg No. 43104-054
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226-8500

    /s/ Secretary/Deputy Clerk